# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**444**

**CA 12-00797**

PRESENT: CENTRA, J.P., FAHEY, CARNI, WHALEN, AND MARTOCHE, JJ.

---

BRETT BELLRENG, PLAINTIFF,

V                                                     MEMORANDUM AND ORDER

SICOLI & MASSARO, INC., ET AL., DEFENDANTS.
------------------------------------------------
SICOLI & MASSARO, INC., THIRD-PARTY PLAINTIFF,

V

GUARD CONSTRUCTION & CONTRACTING, CORP.,
THIRD-PARTY DEFENDANT.
------------------------------------------------
GUARD CONTRACTING CORP., ALSO KNOWN AS GUARD
CONSTRUCTION & CONTRACTING, CORP., FOURTH-PARTY
PLAINTIFF-APPELLANT,

V

INNOVATIVE INSULATED SYSTEMS, INC., ALSO KNOWN
AS INNOVATIVE INSULATION INC., FOURTH-PARTY
DEFENDANT-RESPONDENT.
(APPEAL NO. 1.)

---

GOLDBERG SEGALLA LLP, BUFFALO (BRIAN R. BIGGIE OF COUNSEL), FOR
FOURTH-PARTY PLAINTIFF-APPELLANT.

DAMON MOREY LLP, BUFFALO (HEDWIG M. AULETTA OF COUNSEL), FOR
FOURTH-PARTY DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Niagara County (Ralph A. Boniello, III, J.), entered November 30, 2011. The order denied the motion of Guard Contracting Corp., also known as Guard Construction & Contracting, Corp. for partial summary judgment on the contractual indemnification cause of action in its fourth-party complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same Memorandum as in *Bellreng v Sicoli & Massaro, Inc.* ([appeal No. 2] ___ AD3d ___ [July 5, 2013]).

Entered:  July 5, 2013                          Frances E. Cafarell
                                                Clerk of the Court